IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Foley, Thomas M  
Foley, Deborah L  
Printed: 11/11/08

Case Number: 08 B 12568  
Judge: Goldgar, A. Benjamin  
Filed: 5/16/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: September 30, 2008  
Confirmed: August 26, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 3,690.00 |  |
| Secured: |  | 2,217.56 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,232.59 |
| Trustee Fee: |  | 239.85 |
| Other Funds: |  | 0.00 |
| Totals: | 3,690.00 | 3,690.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Legal Helpers | Administrative | 2,499.00 | 1,232.59 |
| 2. | Eastern Savings Bank | Secured | 0.00 | 0.00 |
| 3. | Consumer Portfolio Services | Secured | 16,711.57 | 2,217.56 |
| 4. | Eastern Savings Bank | Secured | 27,452.18 | 0.00 |
| 5. | Premier Bankcard | Unsecured | 105.50 | 0.00 |
| 6. | ECast Settlement Corp | Unsecured | 175.68 | 0.00 |
| 7. | Premier Bankcard | Unsecured | 97.94 | 0.00 |
| 8. | Jefferson Capital Systems LLC | Unsecured | 138.54 | 0.00 |
| 9. | ECast Settlement Corp | Unsecured | 126.65 | 0.00 |
| 10. | ECast Settlement Corp | Unsecured | 195.79 | 0.00 |
| 11. | Loyola University Phys Foundation | Unsecured | 2,852.45 | 0.00 |
| 12. | Seventh Avenue | Unsecured | 83.83 | 0.00 |
| 13. | Resurgent Capital Services | Unsecured | 26.66 | 0.00 |
| 14. | Jefferson Capital Systems LLC | Unsecured | 163.97 | 0.00 |
| 15. | Resurgent Capital Services | Unsecured | 85.25 | 0.00 |
| 16. | Premier Bankcard | Unsecured | 132.97 | 0.00 |
| 17. | Resurgent Capital Services | Unsecured | 161.40 | 0.00 |
| 18. | Premier Bankcard | Unsecured | 99.74 | 0.00 |
| 19. | Cook County Treasurer | Secured |  | No Claim Filed |
| 20. | Capital One | Unsecured |  | No Claim Filed |
| 21. | Dependon Collections Service | Unsecured |  | No Claim Filed |
| 22. | Illinois Collection Service | Unsecured |  | No Claim Filed |
| 23. | Financial Asset Management Systems, Inc | Unsecured |  | No Claim Filed |
| 24. | Illinois Collection Service | Unsecured |  | No Claim Filed |
| 25. | Illinois Collection Service | Unsecured |  | No Claim Filed |
| 26. | Nicor Gas | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Foley, Thomas M | Case Number: 08 B 12568 |
|---|---|---|
| | Foley, Deborah L | Judge: Goldgar, A. Benjamin |
| | Printed: 11/11/08 | Filed: 5/16/08 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 27. | Children's Memorial Hospital | Unsecured | | No Claim Filed |
| 28. | Medical | Unsecured | | No Claim Filed |
| 29. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 30. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 31. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 32. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 33. | Creditors Collection Bur | Unsecured | | No Claim Filed |
| 34. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 35. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 36. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 37. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 38. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 39. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 40. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 41. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 42. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 43. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 44. | Nationwide Credit & Collection | Unsecured | | No Claim Filed |
| 45. | MacNeal Health Network | Unsecured | | No Claim Filed |
| 46. | Nationwide Credit & Collection | Unsecured | | No Claim Filed |
| 47. | Nationwide Credit & Collection | Unsecured | | No Claim Filed |
| 48. | Watermark Phys. | Unsecured | | No Claim Filed |
| 49. | Nationwide Credit & Collection | Unsecured | | No Claim Filed |
| 50. | Nationwide Credit & Collection | Unsecured | | No Claim Filed |
| 51. | Pediatric Anes Assoc | Unsecured | | No Claim Filed |
| 52. | Nationwide Credit & Collection | Unsecured | | No Claim Filed |
| 53. | Resurgent Capital Services | Unsecured | | No Claim Filed |
| 54. | Sams Club | Unsecured | | No Claim Filed |
| 55. | Suburban Surgical Assoc | Unsecured | | No Claim Filed |
| 56. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 57. | Premium Asset Recovery Corp | Unsecured | | No Claim Filed |
| | | | $ 51,109.12 | $ 3,450.15 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 239.85 |
| | $ 239.85 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Foley, Thomas M
        Foley, Deborah L
        Printed: 11/11/08

Case Number:  08 B 12568
Judge:  Goldgar, A. Benjamin
Filed:  5/16/08

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

        Marilyn O. Marshall, Trustee, by:

